Richard A. Hearn (ISB No. 5574)
Email: hearn@hearnlawyers.com
John B. Ingelstrom (ISB No. 2659)
E-mail: jbi@hearnlawyers.com
HEARN LAW, PLC
P.O. Box 70
155 S. 2nd Avenue
Pocatello, ID 83204
Telephone: (208) 904-0004
Facsimile: (208) 904-1816

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| KENNETH MICHAEL WORKMAN, and RAY MARVIN NICHOLS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:16-cv-00309-BLW |
| vs. | ) | |
| HENRY ATENCIO, CORIZON MEDICAL SERVICES, DR. MURRAY YOUNG, and UNNAMED INDIVIDUALS OF THE IDAHO DEPARTMENT OF CORRECTIONS, and CORIZON MEDICAL SERVICES, | ) ) ) ) ) ) ) | **NOTICE OF APPEARANCE** |
| Defendants. | ) ) ) | |

To the Clerk of Court and all Parties of Record

    **COME NOW** Richard A. Hearn and John B. Ingelstrom of Hearn Law, PLC and hereby enter their appearance in this matter on behalf of Plaintiffs Kenneth Michael Workman and Ray Marvin Nichols, in the above-entitled action.

    DATED this 25^(TH) day of September 2018.

                                    HEARN LAW, PLC


                                    By   _/s/_____
                                              RICHARD A. HEARN
                                              Attorney for Plaintiffs

**NOTICE OF APPEARANCE**

                                                                                 Page 1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25TH day of September 2018, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| Emily A. MacMaster | [ ] U.S. Mail, postage prepaid |
| Deputy Attorney General - IDOC | [ ] Hand Delivered |
| 1299 N Orchard St, Suite 110 | [ ] Fax: 208-336-7031 |
| Boise ID 83706 | [ ] E-mail: emacmast@idoc.idaho.gov |
| | |
| Dylan Alexander Eaton | [ ] U.S. Mail Postage prepaid |
| Parsons, Behle & Latimer | [ ] Hand Delivered |
| 800 W Main St Suite 1300 | [ ] Fax: 208-562-4901 |
| Boise ID 83702 | [ ] E-mail: deaton@parsonsbehle.com |
| | |
| J Kevin West | [ ] U.S. Mail Postage prepaid |
| Parsons, Behle & Latimer | [ ] Hand Delivered |
| 800 W Main St Suite 1300 | [ ] Fax: 208-562-4901 |
| Boise ID 83702 | [ ] E-mail: kwest@parsonsbehle.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated.

Via first class mail, postage prepaid, addressed as follows:

Kenneth Michael Workman
ISCI Unit 9
PO Box 14
Boise ID 83707

Ray Marvin Nichols
ISCI Unit 9
PO Box 14
Boise ID 83707

__/s/_____
RICHARD A. HEARN
HEARN LAW, PLC

**NOTICE OF APPEARANCE**